RECEIVED

MAR - 2 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TANESSA REYNE GREEN | DOCKET NO. 6:13-cv-02734 |
| VERSUS | JUDGE DOHERTY |
| COMMISSIONER, SOCIAL SECURITY ADMIN. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and absent any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the decision of the Commissioner of the Social Security Administration Commissioner is **REVERSED** and **REMANDED** for further administrative action under sentence four of 42 U.S.C. § 405(g), specifically for the purpose of (1) determining whether the claimant's impairments meet or equal a listing; (2) properly weighing medical opinions; and (3) reevaluating the claimant's residual functional capacity.

Thus done and signed in Lafayette, Louisiana, this 2 day of March, 2015.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE